

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2017

No. 04-16-00751-CV

**THE UNITED INDEPENDENT SCHOOL DISTRICT, ET AL**.,
Appellant

v.

**U.S. TRAILER RELOCATORS, LLC**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2016-TXA-000111-D1
Honorable Elma T. Salinas Ender, Judge Presiding

## O R D E R

A filing fee of $205 was due when this appeal was filed, but it was not paid. See Tex. Sup. Ct., Fees Charged in the Supreme Court, In Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Docket No. 15-9158 (Aug. 28, 2015). The clerk of the court notified appellant of this deficiency, and requested payment of the fee. The fee remains unpaid, and appellant has not filed an affidavit of indigence.

We therefore order appellant, by January 10, 2017, either: (1) pay the filing fee; or (2) provide written proof to this court that he is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from prepaying fees and costs. See Tex. R. App. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs).

If appellant fails to respond satisfactorily within the time ordered, this appeal will be dismissed. See Tex. R. App. P. 5 (providing appellate courts may enforce rule requiring payment of costs "by any order that is just"); R. 42.3 (permitting appellate courts to dismiss an appeal when appellant fails totality of the circumstance comply with a court order).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of January, 2017.



Keith E. Hottle
Clerk of Court